# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, ) | |
| ) | Case No. 1:17-cv-1494 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| NATIONAL COOPERATIVE BANK ) | |
| ("NCB") ) | |
| ) | |
| Serve:  Chief Executive ) | |
| In His/Her Official Capacity ) | |
| NCB Operations Center ) | |
| 2011 Crystal Drive, Suite 800 ) | |
| Arlington, VA 22202 ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Plaintiff Keith Carroll, by counsel, files this Notice of Appearance notifying the Court that the following attorney will serve as additional counsel in this matter on behalf of the Plaintiff:

N. Winston West, IV (VSB No. 92598)
Email: winston@strelkalaw.com
Strelka Law Office, PC
Warehouse Row
119 Norfolk Avenue, SW, Suite 330
Roanoke, VA 24011
(540) 283-0802

Respectfully Submitted,

**KEITH CARROLL**

/s/ N. Winston West IV

1

Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
STRELKA LAW OFFICE, PC
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
Tel: 540-283-0802
thomas@strelkalaw.com
leigh@strelklaw.com
winston@strelkalaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

Meredith F. Bergeson, Esquire
JACKSON LEWIS P.C.
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
(703) 483-8300
(703) 483-8301 Fax
Meredith.bergeson@jacksonlewis.com

Joseph J. Lynett, Esquire
JACKSON LEWIS P.C.
44 South Broadway
14th Floor
White Plains, NY 10601
Direct: (914) 872-6888 | Main: (914) 872-8060
Joseph.Lynett@jacksonlewis.com

*Counsel for Defendant*

            /s/ N. Winston West IV